UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

RHIENNA GABRIEL,

        Plaintiff,

    v.                                   Case No. 22-C-452

BRANDON REID and
NICK REIMER,

        Defendants.

---

## ORDER

---

On April 14, 2022, Plaintiff Rhienna Gabriel, proceeding *pro se*, brought this action against Defendants Brandon Reid and Nick Reimer pursuant to 42 U.S.C. § 1983, alleging violations of her rights under the First, Fourth, and Fourteenth Amendments. The suit appears to arise out of Plaintiff's termination from her employment and subsequent action taken by Defendants after they were called by her coworkers. On June 3, 2022, the Court ordered the United States Marshal to serve Plaintiff's complaint on Defendants. Dkt. No. 16. On July 22, 2022, Plaintiff filed a motion requesting that the Court take various actions. Dkt. No. 23.

First, Plaintiff indicates that Defendant Brandon Reid may also use the surnames "Radke" or "Radtke." Dkt. No. 23 at 1. The Clerk is hereby directed to update the docket to reflect these additional surnames. Second, Plaintiff requests that the Court "redact Joshua Paul Gabriel from the complaint." *Id.* However, the docket already reflects the fact that Joshua P. Gabriel has been terminated from this case. When counsel for Defendants appear, this fact will be readily available to them, and thus, redaction of the complaint is unnecessary.

Finally, Plaintiff requests that the Court order service of the summons and complaint to be completed on or before July 26, 2022. She further requests that the Court order responsive pleadings to be due on August 16, 2022. The Court will deny Plaintiff's request. The United States Marshal is responsible for a myriad of duties and the service of Plaintiff's complaint is just one item on a long list of important tasks. The Court encourages Plaintiff to be patient while the Marshal effects service upon Defendants. Once service is accomplished, Defendants' responsive pleadings will be due in accordance with Rule 12 of the Federal Rules of Civil Procedure.

**IT IS THEREFORE ORDERED** that Plaintiff's motion for an order regarding service (Dkt. No. 23) is **GRANTED-IN-PART** and **DENIED-IN-PART**. The Clerk is directed to update the docket to reflect the use of additional surnames by Defendant Brandon Reid. In all other respects, Plaintiff's motion is denied.

Dated at Green Bay, Wisconsin this 26th day of July, 2022.

s/ William C. Griesbach
William C. Griesbach
United States District Judge